IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:98cr130-MHT |
| | ) | (WO) |
| MICHAEL JEROME HAWKINS | ) | |

ORDER

Upon consideration of defendant Michael Jerome Hawkins's petition for early termination of supervised release (doc. no. 198), as amended (doc. no. 206); the probation officer's memorandum (doc. no. 202) describing Hawkins's compliance with all terms of supervised release, his positive attitude and stable employment, and his lack of new arrests or warrants; and the representations on-the-record by all parties on October 17, 2017, which demonstrated that Hawkins has become a hardworking and productive member of society, and has made positive and essential contributions to the care of his close family members, as well as based on the government's response that it does not oppose early termination, it is ORDERED that:

(1) The petition for early termination of supervised release (doc. no. 198), as amended (doc. no. 206), is granted.

(2) Defendant Michael Jerome Hawkins's term of supervised release is terminated effective immediately, and he is discharged.

DONE, this the 26th day of October, 2017.

                              /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE